IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANIQUIA JOHNSON                                                                                  PLAINTIFF

v.                                       CASE NO. 4:22-CV-00768-BSM

TATA CONSULTANCY
SERVICES LIMITED (TCS)                                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE